PETITION FOR WRIT OF MANDAMUS JOURNAL ENTRY
SUA SPONTE, ON FEBRUARY 9, 2001, THIS COURT ORDERED THE RELATOR TO SHOW CAUSE BY FEBRUARY 20, 2001 WHY THIS CASE SHOULD NOT BE DISMISSED AS MOOT. THE RELATOR FILED NOTHING. ACCORDINGLY, THIS COURT DISMISSES THE ABOVE-CAPTIONED ACTION AS MOOT. RELATOR TO PAY COSTS. THE CLERK IS DIRECTED TO SERVE UPON THE PARTIES NOTICE OF THIS JUDGMENT AND ITS DATE OF ENTRY UPON THE JOURNAL. CIV.R. 58 (B).
 _____________________________________ MICHAEL J. CORRIGAN, Presiding Judge
 DIANE KARPINSKI, Adm. Judge, Concurs, TERRENCE O'DONNELL, Judge,Concurs.